## Case 16-2021-CA-005246-XXXX-MA

| Department | Circuit Civil | Division | CV-F |
|---|---|---|---|
| Case Status | OPEN | File Date | 9/28/2021 3:22:08 PM |
| Judge Name | AHO, MARIANNE | Officer | |
| Private Attorney | Phillips, Jacob Lawrence | | |

### Parties

| Name / DOB / DL / ID # | Party Type Race / Sex | Address |
|---|---|---|
| LYLIE OBIE, INDIVIDUALLY | PLAINTIFF / | C/O NORMAND PLLC, 3165 MCCRORY PL., STE. 175 ORLANDO, FL32803 |
| LYLE OBIE, ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | PLAINTIFF / | C/O NORMAND PLLC 3165 MCCRORY PL., STE. 175 ORLANDO, FL32803 |
| SIRIUS XM HOLDINGS INC. | DEFENDANT / B | C/O THE CT COMPANY 1209 ORANGE STREET WILMINGTON, DE19801 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Phillips, Jacob Lawrence Private Attorney (120130) | PO Box 140036 Orlando, FL32814-0036 | LYLIE OBIE, INDIVIDUALLY (PLAINTIFF) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 09/30/2021 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 09/30/2021 | CIR/GENERALCIVIL 7/1/2019 | $401.00 | $401.00 | $0.00 |

### Dockets

| Line / Document | Count | Effective Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 | -- | 9/28/2021 9/30/2021 | OTHER NEGLIGENCE - BUSINESS TORTS | | |
| 2 D2 | -- | 9/28/2021 9/30/2021 | COVER SHEET | 3 | Available VOR, Ready to view |
| 3 D3 | -- | 9/28/2021 9/30/2021 | SUMMONS ISSUED TO SIRIUS XM HOLDINGS INC. | 1 | Available VOR, Ready to view |
| 4 D4 | -- | 9/28/2021 9/30/2021 | COMPLAINT (CLASS ACTION) | 9 | Available VOR, Ready to view |
| 5 D5 | -- | 9/30/2021 9/30/2021 | CASE FEES PAID: $411.00 ON RECEIPT NUMBER 3997985 | 1 | Available Public access |
| 6 | -- | 9/30/2021 9/30/2021 | DEMAND FOR JURY TRIAL | | |
| 7 D7 | -- | 10/8/2021 10/11/2021 | SUMMONS RETURNED INDICATING SERVICE ON SIRIUS XM HOKDINGS ON 10/7/21 AT 10:46AM | 1 | Available Public access |