# **EXHIBIT C**

## AFFIDAVIT OF SERVICE

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA

Plaintiff: LYLIE OBIE, individually and on behalf of all others similarly situated v. Defendant: SIRIUS XM HOLDINGS INC.

CASE NO: 16-2021-CA-005246-XXXX-MA

I, Selena Cabrera, being duly sworn, state: I am over 18 years old and not a party to this action.

Successfully served a true copy of SUMMONS, CLASS ACTION COMPLAINT (JURY TRIAL DEMANDED) and CIVIL COVER SHEET to Sirius XM Holdings Inc. c/o: The Corporation Trust Company at <u>1209 Orange Street, Wilmington, Delaware 19801</u> on October 7, 2021 @ 10:46 am to Intake Specialist, Patrick Duffy

(Caucasian) male, about 35, about 5',4", about 180 lbs., brown hair, no glasses)

_____ Date: October 7, 2021
Process Server, Selena Cabrera

Subscribed and sworn to before me this 7th day of October, 2021

_____ Notary Public

HERMINIO CABRERA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 07-31-2022