# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

### CASE NO. 3:21-cv-01086-BJD-PDB

LYLIE OBIE, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

SIRIUS XM HOLDINGS, INC.,

    Defendant.

_____/

### NOTICE OF SETTLEMENT

Plaintiff Lylie Obie hereby notifies the Court that the parties have reached a settlement with respect to Plaintiff's individual claims.

Date: May 10, 2022

    Respectfully submitted,

    **HIRALDO P.A.**
    401 E. Las Olas Boulevard
    Suite 1400
    Ft. Lauderdale, Florida 33301

    */s/ Manuel S. Hiraldo*
    Manuel S. Hiraldo
    Florida Bar No. 030380
    Email:
    mhiraldo@hiraldolaw.com
    Telephone: 954.400.4713
    *Counsel for Plaintiff*