UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 3:21-cv-01086-BJD-PDB

LYLIE OBIE, individually
and on behalf of all others similarly situated,

 Plaintiff,

v.

SIRIUS XM HOLDINGS, INC.,

 Defendant.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

 Plaintiff Lylie Obie, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed <u>with</u> prejudice.

Date: June 9, 2022

Respectfully submitted,

| | |
|---|---|
| IJH Law<br>Ignacio J. Hiraldo, Esq.<br>FL Bar No. 56031<br>1200 Brickell Ave. Ste. 1950<br>Miami, FL 33131<br>t. 786.496.4469<br>e. ijhiraldo@ijhlaw.com | */s/ Manuel S. Hiraldo*<br>Manuel S. Hiraldo<br>HIRALDO P.A.<br>Florida Bar No. 030380<br>401 E. Las Olas Boulevard<br>Suite 1400<br>Ft. Lauderdale, Florida 33301<br>Email: mhiraldo@hiraldolaw.com<br>Telephone: 954.400.4713 |
| Jacob L. Phillips<br>Amy L. Judkins<br>NORMAND PLLC<br>Post Office Box 1400036<br>Orlando, FL 32814-0036<br>Tel: (407) 603-6031<br>jacob.phillips@normandpllc.com<br>amy.judkins@normandpllc.com<br>firm@normandpllc.com | |

*Counsel for Plaintiff*