UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LYLIE OBIE, individually and on
behalf of all others similarly
situated,

    Plaintiff,

v.                                           Case No. 3:21-cv-1086-BJD-PDB

SIRIUS XM HOLDINGS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Dismissal with Prejudice (Doc. 33; Notice) filed by Plaintiff on June 9, 2022. In the Notice, Plaintiff voluntarily dismisses the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 22nd day of June, 2022.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record